■ In the Matter of LINDA S. et al., Appellants, v BURTON S. JOSEPH, as Chief Judge of the Nassau County Family Court, et al., Respondents.—In a proceeding pursuant to CPLR article 78, *inter alia,* to compel the respondent Surrogate C. Raymond Radigan to vacate an order dated January 3, 1991, which dismissed an adoption proceeding brought by the petitioners, the petitioners appeal from a judgment of the Supreme Court, Nassau County (Levitt, J.), entered October 11, 1991, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements *(see, Matter of Tynetta Q. T.,* 185 AD2d 932 [decided herewith]). Thompson, J. P., Lawrence, Miller and Ritter, JJ., concur.